CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 31 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD EUGENE MAHONEY, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00741 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DIRECTOR OF VDOC, et al., ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER:** This 31st day of January, 2007.

United States District Judge